# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MACMILES, LLC D/B/A GRANT STREET TAVERN, | : | No. 307 WAL 2022 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| ERIE INSURANCE EXCHANGE, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Did the Superior Court err as a matter of law in finding that Petitioner is not entitled to coverage under its policy of insurance with Respondent for losses associated with the COVID-19 pandemic when the insurance policy is ambiguous and Pennsylvania law mandates that an ambiguity should be construed in favor of the insured?

    The Prothonotary is directed to list this matter for argument simultaneously with *Ungarean v. CNA*, 11 & 12 WAP 2023.